# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFERY KEVIN TAYLOR,<br><br>Petitioner,<br><br>v.<br><br>BRIAN COLEMAN, Superintendent;<br>THE DISTRICT ATTORNEY OF THE<br>COUNTY OF ALLEGHENY; and THE<br>ATTORNEY GENERAL OF THE STATE<br>OF PENNSYLVANIA,<br><br>Respondents. | Civil Action No. 08 - 1068<br><br>Judge Gary L. Lancaster<br>Magistrate Judge Lisa Pupo<br>Lenihan |

## MEMORANDUM ORDER

On July 31, 2008, the above captioned case was initiated by the filing of a Motion to Proceed In Forma Pauperis accompanied by a Petition for Writ of Habeas Corpus and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation filed on August 8, 2008 (doc. no. 4) recommended that the Petition for Writ of Habeas Corpus be dismissed as untimely and that a certificate of appealability be denied. Petitioner was served with the Report and Recommendation and advised that he was allowed until August 25, 2008 to file written objections to the Report and Recommendation. No Objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

**AND NOW**, this 12th day of September, 2008;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus (doc. no. 3) is **DISMISSED AS UNTIMELY**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (doc. no. 4) of Magistrate Judge Lenihan dated August 8, 2008, is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

Gary L. Lancaster
United States District Judge

cc: Lisa Pupo Lenihan
United States Magistrate Judge

Jeffery Taylor, DD-0671
SCI Fayette
Box 9999
LaBelle, PA 15450-0999